**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **DAVID LAVELLE THOMPSON,** ) | **CASE NO. 1:15CV2169** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| ) | |
| **PARIS TOLBERT,** *et al.***,** ) | <u>O R D E R</u> |
| ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

  This Court has reviewed the Report and Recommendation (Doc.#8) of Magistrate Judge William H. Baughman, Jr. regarding Defendants Paris Tolbert and Kathy Jennings' Motion to Dismiss (Doc.#7).   The Magistrate Judge Recommends that the Motion be granted.  Plaintiff has not filed any objections to the Report and Recommendation.

  FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service,  but Plaintiff  has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and  inefficient use of the Court's limited resources.  <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 8 ) and grants Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: 5/20/2016

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE